429 A.2d 65

Commonwealth v. Tarver, Appellant.

566

 Submitted April 12, 1979. Mark S. Frank, for appellant; Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and MONTGOMERY, JJ.

Order affirmed.